■ In the Matter of AMELIA S. and Another, Children Alleged to be Neglected and Abused. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ELIZABETH S., Appellant. In the Matter of AMELIA S., a Child Alleged to be Neglected and Abused. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ELIZABETH S., Appellant. [21 NYS3d 665]—Appeal from an order of the Family Court, Jefferson County (John J. Brennan, A.J.), entered October 14, 2014 in proceedings pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected and abused the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decisions at Family Court. Present—Smith, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.